**William L. Larkins, Jr.,** OSB #812882
wlarkins@larkinsvacura.com
**Cody Hoesly,** OSB #052860
choesly@larkinsvacura.com
**Larkins Vacura LLP**
621 SW Morrison St., Suite 1450
Portland, Oregon 97205
Telephone:  503-222-4424
Facsimile:  503-827-7600
Attorneys for U.S. Bank

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| RICHARD & MARY HARTZELL,<br><br>           Plaintiffs,<br><br>     v.<br><br>US BANK, NA,<br><br>           Defendant. | Case No. 6:10-CV-6231-HO<br><br>DEFENDANT U.S. BANK'S CORPORATE DISCLOSURE STATEMENT |

Pursuant to Federal Rule of Civil Procedure 7.1, defendant U.S. Bank National Association, incorrectly named in the caption of plaintiffs' Complaint as US Bank, NA ("U.S. Bank"), makes this Corporate Disclosure Statement.  U.S. Bank is a national banking association with its principal place of business in Minneapolis, Minnesota, and its headquarters in Cincinnati, Ohio.  U.S. Bank is a wholly owned subsidiary of U.S. Bancorp.  There is no publicly

//

//

//

held company that owns 10% or more of U.S. Bancorp's stock.

Dated:  August 12, 2010.

                                                LARKINS VACURA LLP


                                                /s/ William L. Larkins, Jr.
                                                William L. Larkins, Jr. OSB #812882
                                                Cody Hoesly OSB #052860
                                                Attorneys for U.S. Bank

## CERTIFICATE OF SERVICE

I am employed in Multnomah County, State of Oregon. I am over the age of 18 and am not a party to the within action; my business address is 621 SW Morrison St., Suite 1450, Portland, Oregon 97205.

On August 12, 2010, I served the following document(s) described as:

**DEFENDANT U.S. BANK'S CORPORATE DISCLOSURE STATEMENT**

on the interested parties in this action in the following manner:

**BY REGULAR MAIL:** I placed a copy of the document in a sealed envelope and caused such envelope to be deposited in the United States mail at Portland, Oregon, with postage thereon fully prepaid and addressed as stated below:

Richard & Mary Hartzell
4299 NE 29th St.
Redmond, OR 97756
Plaintiffs, Pro Se

Richard & Mary Hartzell
2511 NE Yucca Ave.
Redmond, OR 97756
Plaintiffs, Pro Se

I declare under penalty of perjury under the laws of the State of Oregon that the foregoing is true and correct.

/s/ William L. Larkins, Jr.
William L. Larkins, Jr.