Richard & Mary Hartzell
4299 NE 29thSt
Redmond OR 97756

FILED '10 AUG 24 16:30 USDC-ORE

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

| | |
|---|---|
| **Richard & Mary Hartzell** | Case # 6:10-CV-6231-HO |
| Plaintiff, | |
| vs. | RESPONSE TO RULE 12 MOTION |
| **U.S. Bank, NA** | |
| Defendant | |

Date: 08/24/2010

(1) The Plaintiff, in her Original Petition, plead that Defendant charged false fees as stipulated to Plaintiff as listed on the HUD 1 Settlement Statement, included as Exibit 1. Plaintiff specifically plead that Defendant, at the time of settlement of the contract, Defendant failed to provide documentation to establish that said fees were not included in those fees expressly addressed by the Real Estate Settlement Procedures Act as forbidden to be charged to Plaintiff at settlement.

(2) Plaintiff further alleged that Defendant, acting in concert and collusion with the loan broker, toward the perpetration of a carefully contrived connivance, provided the amounts listed in the HUD 1 Settlement Statement, to the loan broker as an undisclosed yield spread premium. Said undisclosed yield spread premium is alleged to be in addition to the one percent loan origination fee, charged to Plaintiff, as allowed by law. Plaintiff alleged that said payment to the broker of undisclosed yield spread premium was a predicate act intended to improperly influence loan broker to misrepresent facts to Plaintiff, to give partial disclosure of those facts which would appear favorable to the intent of the loan broker, while failing to give full disclosure of other facts that would not seem favorable to the contract.

(3) By the above, Plaintiff stated a claim for which recovery could be had, and therefore, Defendant's motion to dismiss is frivolous. Plaintiff moves the court to deny Defendant's

PRELIMINARY INJUNCTION           1 of 3

28  pleading, or, in the alternative, treat Defendant's pleading as a request for more definite
29  statement, in which case, Plaintiff will provide a more definite statement as requested.

30  (4) Further, Plaintiff moves the court to order sanctions against Defendant for filing a
31  frivolous pleading and for failing to speak with candor to the court as Defendant is totally
32  inept or acted with deliberate intent to improperly influence the court with false
33  pleadings.

34
35
36  **Respectfully Submitted,**
37
38  *[signature]*          *[signature]*
39  Richard Hartzell       Mary Hartzell

PRELIMINARY INJUNCTION          2 of 3

# VERIFICATION

We, Richard & Mary Hartzell, do swear and affirm that all statements made herein are true and accurate, in all respects, to the best of our knowledge.

Richard & Mary Hartzell
4299 NE 29thSt
Redmond  OR  97756

SWORN TO AND SUBSCRIBED BEFORE ME, *Barbara R. Fehl*, by Richard and Mary Hartzell, on the 24th day of August, 2010, which witnesses my hand and seal of office.

*Barbara R. Fehl*
**NOTARY PUBLIC IN AND FOR**
**THE STATE OF OREGON**



OFFICIAL SEAL
BARBARA R FEHL
NOTARY PUBLIC- OREGON
COMMISSION NO. 417555
MY COMMISSION EXPIRES MAY 20, 2011

HUD-1A OMB NO. 2502-0491 **EXHIBIT 1**

# U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
## SETTLEMENT STATEMENT
*Optional Form for Transactions without Sellers*

| NAME AND ADDRESS OF BORROWER: | NAME AND ADDRESS OF LENDER: |
|---|---|
| RICHARD K HARTZELL AND<br>MARY A HARTZELL<br>2511 NE YUCCA AVE<br>REDMOND, OR 97756 | US BANK NATIONAL ASSOCIATION NORTH DAKOTA<br>4325 17TH AVE SOUTHWEST<br>FARGO, NORTH DAKOTA 58103 |

| PROPERTY LOCATION: | | |
|---|---|---|
| 2511 NE YUCCA AVE<br>REDMOND, OR 97756<br>DESCHUTES COUNTY | SETTLEMENT AGENT: | AMERICAN TITLE INC |
| | PLACE OF SETTLEMENT: | 11010 BURDETTE STREET<br>OMAHA NE 68164-1010 |
| | SETTLEMENT DATE: | October 4, 2007   Disburse: 10/10/07 |
| | LOAN NUMBER: | 3000586653 |

### L. SETTLEMENT CHARGES

**800. ITEMS PAYABLE IN CONNECTION WITH LOAN**
| | | | |
|---|---|---|---|
| 801. Loan Origination Fee | % to | | |
| 802. Loan Discount | % to | | |
| 803. Appraisal Fee | to KEVIN HELLIGAN | POC $700.00 | |
| 804. Credit Report | to US BANK | POC $15.00 | |
| 805. FLOOD REPORT | to 1ST AMERICAN FLOOD | POC $5.25 | |
| 806. PROCESSING FEE | to US BANK | POC $99.00 | |
| 807. DOCUMENT PREP FEE | to WESTPORT MORTGAGE | POC $40.00 | |
| 808. | | | |
| 809. BROKER FEE | | | |
| 810. BROKER YIELD SPREAD | to 1ST RATE MORTGAGE | POC $1,125.00 | |

**900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE**
| | | |
|---|---|---|
| 901. Interest 10/10/07 to 11/01/07 @ $ | /day | |
| 902. Mortgage Insurance Prem for | months to | |
| 903. Hazard Insurance Prem for 1.0 yr to | | |

**1000. RESERVES DEPOSITED WITH LENDER**
| | | | |
|---|---|---|---|
| 1001. Hazard Insurance | months @ $ | per month | |
| 1002. Mortgage Insurance | months @ $ | per month | |
| 1003. City/Town Taxes | months @ $ | per month | |
| 1004. County Taxes | months @ $ | per month | |
| 1005. Assessments | months @ $ | per month | |
| 1006. | months @ $ | per month | |
| 1007. | months @ $ | per month | |
| 1008. | months @ $ | per month | 0.00 |

**1100. TITLE CHARGES**
| | | | |
|---|---|---|---|
| 1101. Settlement Fee | to AMERICAN TITLE | POC $225.00 | |
| 1102. Title Search | to | | |
| 1103. Title Examination | to | | |
| 1104. PROPERTY REPORT | to | POC $100.00 | |
| 1105. Document Prep. | to | | |
| 1106. Notary Fees | to | | |
| 1107. Attorney's Fees | to AMERICAN TITLE INC. | | |
| (includes above item numbers: | ) | | |
| 1108. Title Insurance | to | | |
| (includes above item numbers: | ) | | |
| 1109. Lender's Coverage | $ | | |
| 1110. Owner's Coverage | $ | | |

**1200. GOVERNMENT RECORDING AND TRANSFER CHARGES**
| | | | |
|---|---|---|---|
| 1201. Recording fees: Mortgage $ | ; Releases $ | POC $70.00 | |
| 1202. City/County Tax/Stamps: | Mortgage $ | | |
| 1203. State Tax/Stamps: | Mortgage $ | | |
| 1204. MORTGAGE TAX BORROWER | MyCounty | | |
| 1205. MORTGAGE TAX LENDER | | | |

**1300. ADDITIONAL SETTLEMENT CHARGES**
| | | |
|---|---|---|
| 1301. Survey | | |
| 1302. Pest Inspection | | |
| 1303. QUIT CLAIM DEED | AMERICAN TITLE | |
| 1304. | | |
| 1305. | | |

**1400. TOTAL SETTLEMENT CHARGES** (enter on line 1602)

### M. DISBURSEMENT TO OTHERS

| 1501. | |
|---|---|
| 1502. | |
| 1503. | |
| 1504. | |
| 1505. | |
| 1506. | |
| 1507. | |
| 1508. | |
| 1509. | |
| 1510. | |
| 1511. | |
| 1512. | |
| 1513. | |
| 1514. | |
| **1520. TOTAL DISBURSED** (enter on line 1603) | 0.00 |

### N. NET SETTLEMENT

| | | |
|---|---|---|
| 1600. Loan Amount | $ | 75,000.00 |
| 1601. Plus Cash/Check from Borrower | $ | 0.00 |
| 1602. Minus Total Settlement Charges (line 1400) | $ | |
| 1603. Minus Total Disbursements to Others (line 1520) | $ | 0.00 |
| 1604. Equals Disbursements to Borrower (after expiration of any applicable rescission period required by law) | $ | 75,000.00 |

The undersigned hereby acknowledge receipt of a completed copy of this statement & any attachments referred to herein.

Borrower
RICHARD K HARTZELL

Certified to be a true copy.
MARY A HARTZELL

AMERICAN TITLE INC.
Settlement Agent

Form HUD-1A (2/94) ref. RESPA     1.0 04-96  (200710030905/200710030905/3)

**EXHIBIT 1**