AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
FILED 10 AUG 19 10:43 USDC-ORE

for the

District of Oregon

Richard & Mary Hartzell )
_____ )
Plaintiff )
v. ) Civil Action No. 10-6231-HO
U.S. Bank National Association ND )
_____ )
Defendant )

**Summons in a Civil Action**

To: *(Defendant's name and address)*

U.S. Bank National Association ND
4325 17th Avenue SW
Fargo, ND 58103

A lawsuit has been filed against you.

    Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MARY L. MORAN
_____
Name of clerk of court

Date: 8/2/10
_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# **RECEIPT OF DOCUMENTS**

This is a signed notice for receipt only stating said documents listed below were received by:

_____ with a true signature of:

_____
(please PRINT name here)

stating that the above named person(s) did receive the following documents:

_____ *Summons In A Civil Action* _____

on this day of __4th__ in the month of __August__, 2010, at __1:10__ a.m./p.m.

Said legal documents were served at the assigned location: ✓ same; ____ different

(if address served at different address): U.S. Bank, N.A., ND; 4325 17th Ave S.

In the city of __Fargo__, County of __Cass__, State of __North Dakota, 58103__

**Documents served by Rapid Response Processing Service.**

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____, by:

(1) personally delivering a copy of each to the individual at this place, _____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is ___Michael Schmidt; registered agent___; or

(4) returning the summons unexecuted to the court clerk on _____; or

(5) other (specify) ___RE: Summons in Civil Action No: 10-6231-1-10___

My fees are $ __45.00__ for travel and $ _____ for services, for a total of $ __$45.00__.

Date: __August 4, 2010__

Server's signature

__Soo Asheim; Civil Process Server__
Printed name and title

__P.O. Box 123, Fargo, ND 58107__
Server's address

## AFFIDAVIT OF PERSONAL SERVICE

**Richard Hartzell And**  )
**Mary Hartzell,**  )
                    )
Vs.                 )
                    )
**U.S. Bank National Association, N.D.,**  )

### SUMMONS IN A CIVIL ACTION: CIVIL ACTION NO.: 10-6231-110

I, Soo Asheim, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years, and that within the boundaries of the state where the service was effected, I was authorized by law to perform said service.

That on:     August 4, 2010 @ 1:10 p.m.

Deponent did successfully serve the within: **SUMMONS IN A CIVIL ACTION**

to:          Mike Schmidt; Registered Agent

Served at:   U.S. Bank National Association, ND
             4325 17th Avenue S.
             Fargo, North Dakota, 58103

_[signature]_
SOO ASHEIM

_[signature]_
NOTARY PUBLIC

August 5, 2010
Executed on:

In the county of _Cass_

In the state of _North Dakota_

My Commission Expires _____

HOLLY ALTENDORF
Notary Public
State of North Dakota
My Commission Expires July 2, 2015